# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ILENE TILLMAN,** as Personal Representative of the Estate of **TONY ORLANDO JACKSON,** deceased,
Appellant,

v.

**SHERIFF KEN J. MASCARA,** in his official capacity,
Appellee.

No. 4D18-152

[July 5, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet Croom, Judge; L.T. Case No. 562015CA000462.

Lorenzo Williams and LeRonnie Mason of Gary, Williams, Parenti, Watson & Gary, P.L.L., Stuart, for appellant.

Summer M. Barranco of Purdy, Jolly, Giuffreda & Barranco, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***